MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:     +1.213.612.2500
Fax:    +1.213.612.2501

Attorney for Defendants
CALIBER BODYWORKS LLC and KRISTINA MURTI, Trustee of THE DUANE B. BUSCH CHARITABLE REMAINDER UNITRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CALIBER BODYWORKS LLC dba CALIBER COLLISION; KRISTINA MURTI, Trustee of THE DUANE B. BUSCH CHARITABLE REMAINDER UNITRUST under agreement dated July 29, 1990,<br><br>Defendants. | Case No. 3:21-cv-05836-EMC<br><br>**DECLARATION OF KATHY H. GAO IN SUPPORT OF DEFENDANT CALIBER BODYWORKS LLC'S MOTION FOR ATTORNEYS' FEES**<br><br>[*Concurrently filed herewith Defendant's Notice of Motion and Motion for Attorneys' Fees and Memorandum of Points and Authorities in Support Thereof*]<br><br>Date:   June 2, 2022<br>Time:   1:30 p.m.<br>Courtroom:  5 (17th Floor)<br>Judge:  Hon. Edward M. Chen |

**DECLARATION OF KATHY H. GAO**

I, Kathy H. Gao, declare as follows:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, counsel for Defendants Caliber Bodyworks LLC ("Caliber" or "Defendant") and Kristina Murti. I make this declaration in support of Defendant's Notice of Motion and Motion for Attorneys' Fees. I have personal knowledge of the facts set forth in this Declaration. If called and sworn as a witness, I could and would competently testify to the contents herein.

2. Beginning on or about September 20, 2021, I met and conferred with Plaintiff's counsel, Tanya Moore of Moore Law Firm, P.C. where I informed Plaintiff's counsel that the Caliber facility at issue in this action (the "Facility") does not offer any parking area that is open to the public or to its customers. Plaintiff's counsel informed me that she still would be pursuing this action and still would like to conduct a joint site inspection.

3. Even after meeting and conferring as to the meritlessness of Plaintiff Gerardo Hernandez's ("Plaintiff") claims, Plaintiff waited until after I prepared and filed Defendant's Motion to Dismiss Plaintiff's Complaint before he filed a First Amended Complaint ("FAC"). The FAC did not cure the defects identified in Defendant's Motion to Dismiss and in fact, added other bases upon which Defendant had no choice but to file a Motion to Dismiss Plaintiff's FAC.

4. On January 21, 2022, this Court issued a discovery order [ECF No. 34] which permitted discovery only on the narrow topic of "whether the cars on the right side of Defendants' driveway is for customer parking." Despite this discovery order, Plaintiff's counsel refused to limit or narrow the scope of discovery he was pursuing. On January 31, 2022, I met and conferred with Plaintiff's counsel as to Plaintiff's overbroad discovery requests, but Plaintiff's counsel indicated that she intended to continue pursuing broad discovery including a joint site inspection. Further, on February 10, 2022, the Plaintiff forced Defendant to participate in a Joint Discovery Letter to the Court to seek guidance as to Plaintiff's proposed overbroad discovery topics. The very next day—on February 11, 2022—the Court confirmed that Plaintiff's proposed discovery topics were overbroad.

5. I attended the University of California, Berkeley and received a degree in Legal Studies in only three years.  I then attended Loyola Law School in Los Angeles, California where I received my juris doctor degree in 2008.  I am a partner with the law firm of Morgan, Lewis & Bockius LLP which has been consistently recognized as one of the top law firms in industry publications.  I have practiced law since December 2008 with a focus on complex wage and hour class action and representative action litigation as well as on Title III public accommodations litigation.  In 2021, my billable hourly rate was $725, but in 2022, it increased to $785.

6. Joseph Magrisso attended the University of Florida where he graduated *summa cum laude* in 2005.  Mr. Magrisso attended the University of Miami Law School where he obtained his juris doctor degree *summa cum laude* in 2013.  He is a senior associate with the law firm of Morgan, Lewis & Bockius LLP where he focuses on federal and state complex employment law matters including Title III public accommodations matters.  In 2021, Mr. Magrisso's billable hourly rate was $620, but in 2022, it increased to $675.

7. On April 18, 2022, I requested our firm's billing records and retrieved an accounting of all of the attorneys' fees and costs incurred on behalf of Defendant in connection with the instant action.  This accounting represents an accurate reproduction of the time charges billed to Defendant for this action, includes some time charges from March and April 2022 that have not yet been billed to Defendant but will be, and accurately reflects the time spent by the Morgan Lewis attorneys who worked on this case.  A true and correct copy of this accounting is attached hereto as **Exhibit 1**.

8. I have reviewed the accounting attached hereto as Exhibit 1 and tabulated the hours worked by myself and Mr. Magrisso on this matter between September 2021 and April 2022 as follows:

   a. Kathy Gao:  Approximately 58.4 hours; and

   b. Joseph Magrisso:  Approximately 74.3 hours.

9. I calculated the attorneys' fees lodestar amount for myself and Mr. Magrisso by multiplying our billable hourly rates by the number of hours each of us worked, as follows:

    a.    Kathy Gao:  (18.9 hours x $725) + (39.5 hours x $785) = $44,710; and

    b.    Joseph Magrisso:  (43.6 hours x $620) + (30.7 hours x $675) = $47,754.50.

The sum of these values is $92,464.50.  Mr. Magrisso and I have also spent time preparing this Motion for Attorneys' Fees and Costs for which the time has not yet been invoiced or billed.  This information can and will be supplied in Defendant's Reply in Support of this Motion.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on this 18th day of April, 2022, in Los Angeles, California.

*[signature]*

Kathy H. Gao

# EXHIBIT 1

| Work Date | Timekeeper | Title | Hourly Rate | Billed Hours | Billed Dollars | Entry Description |
|---|---|---|---|---|---|---|
| 9/7/2021 | Gao, Kathy H. | PARTNER | $725 | 0.30 | 217.50 | Communicate with plaintiff's counsel re: joint site inspection. |
| 9/13/2021 | Gao, Kathy H. | PARTNER | $725 | 0.30 | 217.50 | Communicate with plaintiff's counsel re: meet and confer re: joint site inspection. |
| 9/20/2021 | Gao, Kathy H. | PARTNER | $725 | 0.30 | 217.50 | Communicate with plaintiff's counsel re: plaintiff's allegations and defendant's anticipated motion to dismiss. |
| 9/20/2021 | Gao, Kathy H. | PARTNER | $725 | 0.30 | 217.50 | Communicate with plaintiff's counsel re: joint site inspection and plaintiff's allegations. |
| 9/20/2021 | Gao, Kathy H. | PARTNER | $725 | 0.30 | 217.50 | Communicate with plaintiff's counsel re: meet and confer re: joint site inspection and plaintiff's allegations. |
| 9/21/2021 | Gao, Kathy H. | PARTNER | $725 | 0.30 | 217.50 | Discussion with J. Magrisso re: grounds for possible motion to dismiss. |
| 9/21/2021 | Gao, Kathy H. | PARTNER | $725 | 0.40 | 290.00 | Legal research re: strategy for potential motion to dismiss plaintiff's claims. |
| 9/24/2021 | Gao, Kathy H. | PARTNER | $725 | 0.30 | 217.50 | Review and revise joint stipulation to extend deadline to conduct joint site inspection. |
| 9/28/2021 | Gao, Kathy H. | PARTNER | $725 | 0.20 | 145.00 | Communicate with plaintiff's counsel re: joint stipulation to extend deadline to complete joint site inspection. |
| 9/28/2021 | Gao, Kathy H. | PARTNER | $725 | 0.30 | 217.50 | Review and revise joint stipulation to extend deadline to complete joint site inspection. |
| 9/29/2021 | Gao, Kathy H. | PARTNER | $725 | 0.20 | 145.00 | Review court order setting deadline for parties to file consent or declination to proceed before magistrate judge. |
| 10/4/2021 | Gao, Kathy H. | PARTNER | $725 | 0.40 | 290.00 | Communicate with plaintiff's allegations and request for plaintiff to dismiss case. |
| 10/11/2021 | Gao, Kathy H. | PARTNER | $725 | 0.30 | 217.50 | Discussion with J. Magrisso re: defendant's motion to dismiss. |
| 10/13/2021 | Gao, Kathy H. | PARTNER | $725 | 0.40 | 290.00 | Review and analyze legal research re: defendant's motion to dismiss plaintiff's complaint. |
| 10/14/2021 | Gao, Kathy H. | PARTNER | $725 | 0.20 | 145.00 | Communicate with plaintiff's counsel re: joint stipulation to extend deadline to complete joint site inspection. |
| 10/14/2021 | Gao, Kathy H. | PARTNER | $725 | 0.30 | 217.50 | Discussion with J. Magrisso re: strategy for defendant's motion to dismiss. |
| 10/26/2021 | Gao, Kathy H. | PARTNER | $725 | 0.30 | 217.50 | Review and analyze judge's standing order and civil case rules. |
| 10/28/2021 | Gao, Kathy H. | PARTNER | $725 | 2.60 | 1,885.00 | Review and revise defendant's motion to dismiss. |
| 10/28/2021 | Gao, Kathy H. | PARTNER | $725 | 0.40 | 290.00 | Communicate with plaintiff's allegations and request for plaintiff to dismiss case. |
| 10/29/2021 | Gao, Kathy H. | PARTNER | $725 | 2.30 | 1,667.50 | Revise and finalize defendant's motion to dismiss, notice of motion, and proposed order for filing. |
| 11/4/2021 | Gao, Kathy H. | PARTNER | $725 | 0.60 | 435.00 | Draft defendant's certification of interested parties. |
| 11/11/2021 | Gao, Kathy H. | PARTNER | $725 | 0.30 | 217.50 | Discussion with J. Magrisso re: plaintiff's first amended complaint and strategy for motion to dismiss. |
| 11/11/2021 | Gao, Kathy H. | PARTNER | $725 | 0.70 | 507.50 | Review and analyze plaintiff's first amended complaint. |
| 11/12/2021 | Gao, Kathy H. | PARTNER | $725 | 0.40 | 290.00 | Review analysis from J. Magrisso re: further motion to dismiss plaintiff's first amended complaint. |
| 11/24/2021 | Gao, Kathy H. | PARTNER | $725 | 2.10 | 1,522.50 | Review and revise defendant's motion to dismiss, notice of motion, request for judicial notice, and proposed order. |
| 12/10/2021 | Gao, Kathy H. | PARTNER | $725 | 0.40 | 290.00 | Discussion with J. Magrisso re: strategy for defendant's reply in support of motion to dismiss. |
| 12/10/2021 | Gao, Kathy H. | PARTNER | $725 | 1.40 | 1,015.00 | Review and analyze plaintiff's opposition to defendant's motion to dismiss plaintiff's first amended complaint. |
| 12/15/2021 | Gao, Kathy H. | PARTNER | $725 | 2.30 | 1,667.50 | Review and revise defendant's reply in support of motion to dismiss. |
| 12/17/2021 | Gao, Kathy H. | PARTNER | $725 | 1.20 | 870.00 | Revise and finalize defendant's reply in support of motion to dismiss for filing. |
| 1/6/2022 | Gao, Kathy H. | PARTNER | $785 | 2.90 | 2,276.50 | Prepare for and appear at hearing on defendant's motion to dismiss plaintiff's first amended complaint. |
| 1/7/2022 | Gao, Kathy H. | PARTNER | $785 | 0.20 | 157.00 | Communicate with court reporter re: transcript of hearing on defendant's motion to dismiss. |
| 1/11/2022 | Gao, Kathy H. | PARTNER | $785 | 0.60 | 471.00 | Review and analyze plaintiff's supplemental brief in support of plaintiff's opposition to defendant's motion to dismiss. |
| 1/13/2022 | Gao, Kathy H. | PARTNER | $785 | 2.20 | 1,727.00 | Revise and finalize defendant's supplemental brief in support of motion to dismiss plaintiff's first amended complaint. |
| 1/16/2022 | Gao, Kathy H. | PARTNER | $785 | 0.50 | 392.50 | Communicate with plaintiff's counsel re: meet and confer re: plaintiff's request for PMK deposition and site inspection. |
| 1/18/2022 | Gao, Kathy H. | PARTNER | $785 | 0.20 | 157.00 | Review court's order converting defendant's motion to dismiss to motion for summary judgment and allowing limited discovery. |
| 1/20/2022 | Gao, Kathy H. | PARTNER | $785 | 0.30 | 235.50 | Review plaintiff's request for clarification from court re: timeline for discovery. |
| 1/20/2022 | Gao, Kathy H. | PARTNER | $785 | 0.30 | 235.50 | Strategize re: defendant's responses to plaintiff's written discovery requests. |
| 1/20/2022 | Gao, Kathy H. | PARTNER | $785 | 0.30 | 235.50 | Review and analyze plaintiff's written discovery requests to defendant. |
| 1/21/2022 | Gao, Kathy H. | PARTNER | $785 | 0.30 | 235.50 | Review court's order re: deadlines for discovery and supplemental briefs. |
| 1/24/2022 | Gao, Kathy H. | PARTNER | $785 | 0.20 | 157.00 | Review legal research re: joinder of landlord co-defendant in tenant defendant's motion for summary judgment. |
| 1/24/2022 | Gao, Kathy H. | PARTNER | $785 | 0.40 | 314.00 | Draft joint stipulation to continue landlord defendant's responsive pleading deadline. |
| 1/25/2022 | Gao, Kathy H. | PARTNER | $785 | 0.20 | 157.00 | Communicate with plaintiff's counsel re: joint stipulation to extend landlord's responsive pleading deadline. |
| 1/25/2022 | Gao, Kathy H. | PARTNER | $785 | 0.30 | 235.50 | Communicate with plaintiff's counsel re: joint site inspection. |
| 1/25/2022 | Gao, Kathy H. | PARTNER | $785 | 0.40 | 314.00 | Draft joint stipulation to extend landlord's responsive pleading deadline. |
| 1/26/2022 | Gao, Kathy H. | PARTNER | $785 | 0.20 | 157.00 | Communicate with K. Murti re: joinder in Caliber's motion for summary judgment. |
| 1/26/2022 | Gao, Kathy H. | PARTNER | $785 | 0.30 | 235.50 | Communicate with plaintiff's counsel re: improper discovery. |
| 1/28/2022 | Gao, Kathy H. | PARTNER | $785 | 0.40 | 314.00 | Communicate with plaintiff's counsel re: request to take PMK deposition and potential injunctive relief. |
| 1/31/2022 | Gao, Kathy H. | PARTNER | $785 | 0.20 | 157.00 | Communicate with landlord re: joinder to defendant's motion to dismiss. |
| 1/31/2022 | Gao, Kathy H. | PARTNER | $785 | 0.20 | 157.00 | Communicate with plaintiff's counsel re: defendant's initial disclosures. |
| 1/31/2022 | Gao, Kathy H. | PARTNER | $785 | 0.30 | 235.50 | Review and revise landlord's joinder to defendant's motion to dismiss. |
| 1/31/2022 | Gao, Kathy H. | PARTNER | $785 | 0.50 | 392.50 | Communicate with plaintiff's counsel re: meet and confer re: scope of permissible discovery. |
| 1/31/2022 | Gao, Kathy H. | PARTNER | $785 | 0.60 | 471.00 | Draft defendant's initial disclosures. |
| 2/1/2022 | Gao, Kathy H. | PARTNER | $785 | 0.20 | 157.00 | Communicate with plaintiff's counsel re: request for site inspection. |

| Work Date | Timekeeper | Title | Hourly Rate | Billed Hours | Billed Dollars | Entry Description |
|---|---|---|---|---|---|---|
| 2/2/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.20 | 157.00 | Discussion with J. Magrisso re: strategy for defendant's discovery responses. |
| 2/2/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.20 | 157.00 | Communicate with plaintiff's counsel re: defendant's initial disclosures. |
| 2/2/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.60 | 471.00 | Draft defendant's portion of discovery dispute letter. |
| 2/3/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.20 | 157.00 | Communicate with plaintiff's counsel re: defendant's portion of discovery dispute letter. |
| 2/4/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.20 | 157.00 | Communicate with plaintiff's counsel re: request for site inspection. |
| 2/4/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.30 | 235.50 | Review and analyze plaintiff's deposition notices. |
| 2/4/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.40 | 314.00 | Review and analyze plaintiff's portions of discovery dispute letter to judge. |
| 2/4/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.50 | 392.50 | Review and analyze transcript of hearing on defendant's motion to dismiss in connection with strategizing re: plaintiff's discovery requests. |
| 2/7/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.20 | 157.00 | Communicate with plaintiff's counsel re: joint discovery letter and plaintiff's request for site inspection. |
| 2/7/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.60 | 471.00 | Review and analyze plaintiff's revised portions of joint discovery letter. |
| 2/8/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.30 | 235.50 | Discussion with J. Magrisso re: objections to plaintiff's notices of taking deposition. |
| 2/8/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.60 | 471.00 | Review and analyze transcript of hearing on defendant's motion to dismiss plaintiff's first amended complaint. |
| 2/9/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.20 | 157.00 | Communicate with plaintiff's counsel re: status of joint discovery letter. |
| 2/9/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.30 | 235.50 | Review and analyze legal research re: strategy for challenging deposition notice. |
| 2/10/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.30 | 235.50 | Communicate with plaintiff's counsel re: deposition scheduling. |
| 2/10/2022 | Gao, Kathy H. | PARTNER | $ 785 | 1.90 | 1,491.50 | Legal research re: ability of defendant to recover prevailing party attorneys' fees or costs after motion to dismiss is granted. |
| 2/10/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.30 | 235.50 | Draft defendant's portion of joint discovery letter. |
| 2/11/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.30 | 235.50 | Discussion with J. Magrisso re: court order re: permissible scope of discovery. |
| 2/11/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.40 | 314.00 | Review and analyze court order re: joint discovery letter. |
| 2/14/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.60 | 471.00 | Review and analyze transcript of hearing on defendant's motion to dismiss plaintiff's first amended complaint. |
| 2/15/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.20 | 157.00 | Communicate with plaintiff's counsel re: deposition scheduling. |
| 2/18/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.30 | 235.50 | Review and analyze plaintiff's counsel re: depositions of D. Marey and J. Cayabyab. |
| 2/18/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.20 | 157.00 | Communicate with plaintiff's counsel re: deposition scheduling. |
| 2/18/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.20 | 157.00 | Communicate with D. Marey re: deposition scheduling. |
| 2/18/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.20 | 157.00 | Communicate with J. Cayabyab re: deposition scheduling. |
| 2/21/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.20 | 157.00 | Communicate with D. Marey re: review and verification of defendant's discovery responses. |
| 2/21/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.20 | 157.00 | Communicate with J. Cayabyab re: preparation for deposition. |
| 2/21/2022 | Gao, Kathy H. | PARTNER | $ 785 | 1.60 | 1,256.00 | Review and revise defendant's discovery responses. |
| 2/22/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.20 | 157.00 | Communicate with D. Marey re: deposition scheduling. |
| 2/22/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.30 | 235.50 | Communicate with D. Marey re: deposition of defendant's discovery responses. |
| 2/22/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.40 | 314.00 | Finalize defendant's discovery responses and verification for service. |
| 2/23/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.20 | 157.00 | Communicate with J. Cayabyab re: deposition scheduling. |
| 2/23/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.30 | 235.50 | Communicate with plaintiff's counsel re: scheduling for depositions of D. Marey and J. Cayabyab. |
| 2/25/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.30 | 235.50 | Review and analyze plaintiff's notices of taking deposition of D. Marey and J. Cayabyab. |
| 2/28/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.20 | 157.00 | Communicate with D. Marey re: deposition preparation. |
| 2/28/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.20 | 157.00 | Review plaintiff's amended notice of deposition of D. Marey. |
| 2/28/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.20 | 157.00 | Communicate with plaintiff's counsel re: starting time for D. Marey's deposition. |
| 2/28/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.90 | 706.50 | Conference call with D. Marey re: preparation for D. Marey's deposition. |
| 2/28/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.20 | 157.00 | Review plaintiff's amended notice of taking deposition of D. Marey. |
| 3/1/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.30 | 235.50 | Communicate with J. Cayabyab re: deposition scheduling. |
| 3/1/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.30 | 235.50 | Communicate with plaintiff's counsel re: scheduling of deposition of J. Cayabyab. |
| 3/1/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.70 | 549.50 | Prepare for deposition preparation session of J. Cayabyab. |
| 3/1/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.80 | 628.00 | Prepare for deposition of D. Marey. |
| 3/1/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.20 | 157.00 | Review amended notice of deposition of J. Cayabyab. |
| 3/2/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.20 | 157.00 | Communicate with court reporter re: transcript of deposition of D. Marey. |
| 3/2/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.30 | 235.50 | Communicate with D. Marey re: preparation for deposition. |
| 3/2/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.60 | 471.00 | Appear at deposition of D. Marey. |
| 3/7/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.90 | 706.50 | Prepare J. Cayabyab for deposition. |
| 3/8/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.30 | 235.50 | Discussion with J. Magrisso re: strategy for supplemental brief in support of defendant's motion to dismiss plaintiff's first amended complaint. |
| 3/8/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.80 | 628.00 | Prepare for deposition of J. Cayabyab. |
| 3/8/2022 | Gao, Kathy H. | PARTNER | $ 785 | 1.10 | 863.50 | Appear at deposition of J. Cayabyab. |
| 3/9/2022 | Gao, Kathy H. | PARTNER | $ 785 | 0.20 | 157.00 | Discussion with J. Magrisso re: defendant's supplemental brief in support of defendant's motion to dismiss plaintiff's first amended complaint. |

| Work Date | Timekeeper | Title | Hourly Rate | Billed Hours | Billed Dollars | Entry Description |
|---|---|---|---|---|---|---|
| 3/11/2022 | Gao, Kathy H. | PARTNER | $785 | 0.20 | 157.00 | Communicate with D. Marey re: review of deposition transcript and potential revisions. |
| 3/11/2022 | Gao, Kathy H. | PARTNER | $785 | 0.60 | 471.00 | Review and analyze deposition transcript of D. Marey. |
| 3/11/2022 | Gao, Kathy H. | PARTNER | $785 | 0.80 | 628.00 | Review and analyze deposition transcript of J. Cayabyab. |
| 3/17/2022 | Gao, Kathy H. | PARTNER | $785 | 0.80 | 628.00 | Review and revise defendant's supplemental brief supporting motion for summary judgment. |
| 3/23/2022 | Gao, Kathy H. | PARTNER | $785 | 1.60 | 1,256.00 | Review and revise defendant's supplemental brief in support of motion to dismiss plaintiff's first amended complaint. |
| 3/24/2022 | Gao, Kathy H. | PARTNER | $785 | 0.60 | 471.00 | Review and analyze deposition transcript excerpts in connection with defendant's supplemental brief in support of motion to dismiss plaintiff's first amended complaint. |
| 3/24/2022 | Gao, Kathy H. | PARTNER | $785 | 0.70 | 549.50 | Review and analyze plaintiff's supplemental brief in opposition to defendant's motion to dismiss plaintiff's first amended complaint. |
| 3/24/2022 | Gao, Kathy H. | PARTNER | $785 | 1.10 | 863.50 | Revise and finalize defendant's supplemental brief in support of motion to dismiss plaintiff's first amended complaint. |
| 10/6/2021 | Magrisso, Joseph | ASSOCIATE | $620 | 2.90 | 1,798.00 | Research whether there are bases for a motion to dismiss. |
| 10/7/2021 | Magrisso, Joseph | ASSOCIATE | $620 | 2.40 | 1,488.00 | Review and analyze cases to evaluate whether there are bases for a motion to dismiss (1.2); prepare email to K. Gao analyzing whether there are bases for a motion to dismiss (1.2). |
| 10/10/2021 | Magrisso, Joseph | ASSOCIATE | $620 | 0.50 | 310.00 | Prepare email to K. Gao analyzing whether there are bases for a motion to dismiss. |
| 10/13/2021 | Magrisso, Joseph | ASSOCIATE | $620 | 1.90 | 1,178.00 | Review email from K. Gao re: whether there are bases for a motion to dismiss (0.1); research same (1.4); prepare email to K. Gao analyzing same (0.4). |
| 10/14/2021 | Magrisso, Joseph | ASSOCIATE | $620 | 0.10 | 62.00 | Exchange emails with K. Gao re: preparation of motion to dismiss. |
| 10/16/2021 | Magrisso, Joseph | ASSOCIATE | $620 | 2.50 | 1,550.00 | Review emails from K. Gao re: order and briefing to review for motion to dismiss (0.1); review and analyze order and briefing from prior parking accessibility case, for motion to dismiss (0.9); research arguments for dismissal of Plaintiff's state claims (0.8); prepare memorandum of points and authorities in support of motion to dismiss (0.5); prepare notice of motion and motion to dismiss (0.1); prepare proposed order on motion to dismiss (0.1). |
| 10/17/2021 | Magrisso, Joseph | ASSOCIATE | $620 | 4.00 | 2,480.00 | Research arguments for dismissal of Plaintiff's state claims (1.7); prepare memorandum of points and authorities in support of motion to dismiss (2.3). |
| 10/18/2021 | Magrisso, Joseph | ASSOCIATE | $620 | 2.40 | 1,488.00 | Research arguments for dismissal of Plaintiff's state claims (1.8); prepare memorandum of points and authorities in support of motion to dismiss (0.6). |
| 10/19/2021 | Magrisso, Joseph | ASSOCIATE | $620 | 1.20 | 744.00 | Prepare memorandum of points and authorities in support of motion to dismiss (0.8); prepare notice of motion and motion to dismiss (0.1); prepare proposed order granting motion to dismiss (0.3). |
| 11/11/2021 | Magrisso, Joseph | ASSOCIATE | $620 | 0.10 | 62.00 | Exchange emails with K. Gao re: whether there is a basis to move to dismiss the first amended complaint. |
| 11/12/2021 | Magrisso, Joseph | ASSOCIATE | $620 | 1.60 | 992.00 | Review and analyze email from K. Gao re: Plaintiff's opposition to motion to dismiss complaint, and attached opposition (0.1); review and analyze first amended complaint (0.3); research whether there is a basis to move to dismiss first amended complaint (0.7); prepare email to K. Gao analyzing same (0.4); review and analyze email from K. Gao re: same, and attached Google Maps screenshots of the facility (0.1). |
| 11/15/2021 | Magrisso, Joseph | ASSOCIATE | $620 | 2.30 | 1,426.00 | Research whether there is a basis to move to dismiss first amended complaint. |
| 11/16/2021 | Magrisso, Joseph | ASSOCIATE | $620 | 2.90 | 1,798.00 | Prepare email to K. Gao analyzing whether there is a basis to move to dismiss first amended complaint (1.8); review and analyze legal authorities re: taking judicial notice of Google images and re: the definitions of "parking" and "loading zones" (0.6); research whether, on a motion to dismiss, a court may take judicial notice of evidence that contradicts allegations in a verified complaint (0.5). |
| 11/17/2021 | Magrisso, Joseph | ASSOCIATE | $620 | 0.10 | 62.00 | Exchange emails with K. Gao re: drafting motion to dismiss first amended complaint. |
| 11/20/2021 | Magrisso, Joseph | ASSOCIATE | $620 | 2.10 | 1,302.00 | Prepare notice of motion and motion to dismiss first amended complaint (0.2); prepare memorandum of points and authorities in support of same (1.7); prepare request for judicial notice in support of same (0.2). |
| 11/21/2021 | Magrisso, Joseph | ASSOCIATE | $620 | 2.00 | 1,240.00 | Prepare memorandum of points and authorities in support of motion to dismiss. |
| 11/22/2021 | Magrisso, Joseph | ASSOCIATE | $620 | 1.70 | 1,054.00 | Prepare notice of motion and motion to dismiss first amended complaint (0.2); prepare memorandum of points and authorities in support of same (0.9); prepare request for judicial notice in support of same (0.1); prepare proposed order granting same (0.1); prepare email to K. Gao re: papers for motion to dismiss first amended complaint, and analyzing Plaintiff's potential arguments against dismissal (0.4). |
| 12/10/2021 | Magrisso, Joseph | ASSOCIATE | $620 | 1.40 | 868.00 | Exchange emails with K. Gao re: preparing reply in support of motion to dismiss (0.2); review and analyze Plaintiff's opposition to motion to dismiss, and papers submitted in support of same (0.7); research arguments for reply in support of motion to dismiss (0.5). |
| 12/13/2021 | Magrisso, Joseph | ASSOCIATE | $620 | 1.10 | 682.00 | Prepare reply in support of motion to dismiss (0.5); research cases holding that ADA design claims cannot be framed as policy modification claims (0.6). |
| 12/14/2021 | Magrisso, Joseph | ASSOCIATE | $620 | 6.90 | 4,278.00 | Prepare reply in support of motion to dismiss (3.8); research cases holding that ADA design claims cannot be framed as policy modification claims, and Burlingame Municipal Code cited in Plaintiff's opposition to motion to dismiss (3.1). |
| 12/15/2021 | Magrisso, Joseph | ASSOCIATE | $620 | 3.30 | 2,046.00 | Prepare reply in support of motion to dismiss. |
| 12/16/2021 | Magrisso, Joseph | ASSOCIATE | $620 | 0.10 | 62.00 | Exchange emails with K. Gao re: zoning ordinance argument in reply in support of motion to dismiss. |
| 12/17/2021 | Magrisso, Joseph | ASSOCIATE | $620 | 0.10 | 62.00 | Exchange messages with K. Gao re: whether Plaintiff provided link to Burlingame zoning ordinance in his opposition to the motion to dismiss. |
| 1/6/2022 | Magrisso, Joseph | ASSOCIATE | $675 | 0.10 | 67.50 | Exchange messages with K. Gao re: hearing on motion to dismiss, and re: Court's order that Plaintiff file supplemental case law and that Caliber respond to same. |
| 1/11/2022 | Magrisso, Joseph | ASSOCIATE | $675 | 1.10 | 742.50 | Review email from K. Gao re: response to Plaintiff's supplemental brief (0.1); review and analyze Plaintiff's supplemental brief (0.6); review and analyze cases cited in same (0.2); research authorities refuting arguments in same (0.2). |

| Work Date | Timekeeper | Title | Hourly Rate | Billed Hours | Billed Dollars | Entry Description |
|---|---|---|---|---|---|---|
| 1/12/2022 | Magrisso, Joseph | ASSOCIATE | $ 675 | 5.30 | 3,577.50 | Review and analyze cases cited in Plaintiff's supplemental brief (0.8); prepare response to Plaintiff's supplemental brief (4.2); research authorities refuting arguments in Plaintiff's supplemental brief (0.2); exchange messages with K. Gao re: format of response to Plaintiff's supplemental brief (0.1). |
| 1/13/2022 | Magrisso, Joseph | ASSOCIATE | $ 675 | 0.20 | 135.00 | Exchange messages with K. Gao re: the argument about the ADAAG constituting controlling authority for Plaintiff's ADA claim, for response to Plaintiff's supplemental brief. |
| 1/18/2022 | Magrisso, Joseph | ASSOCIATE | $ 675 | 0.10 | 67.50 | Review email from K. Gao re: Court's order converting motion to dismiss into summary judgment motion, allowing limited discovery, and setting supplemental briefing schedule. |
| 1/20/2022 | Magrisso, Joseph | ASSOCIATE | $ 675 | 0.90 | 607.50 | Review and analyze email from K. Gao re: Plaintiff's interrogatories, requests for production, and request for clarification of Court's order allowing discovery on whether the right side of the driveway is for customer parking (0.1); review and analyze Plaintiff's request for clarification (0.1); review and analyze Plaintiff's interrogatories (0.2); review and analyze Plaintiff's requests for production (0.2); exchange emails with K. Gao analyzing Plaintiff's interrogatories and requests for production (0.3). |
| 1/21/2022 | Magrisso, Joseph | ASSOCIATE | $ 675 | 0.10 | 67.50 | Review email from K. Gao re: Court's order concerning deadlines for discovery on whether the right side of the driveway is for customer parking, and for supplemental summary judgment briefs. |
| 2/1/2022 | Magrisso, Joseph | ASSOCIATE | $ 675 | 2.10 | 1,417.50 | Prepare responses to Plaintiff's interrogatories (1.0); prepare responses to Plaintiff's requests for production (1.0); prepare email to K. Gao re: responses to Plaintiff's interrogatories and requests for production (0.1). |
| 2/2/2022 | Magrisso, Joseph | ASSOCIATE | $ 675 | 0.10 | 67.50 | Review email from K. Gao re: responses to Plaintiff's interrogatories and requests for production. |
| 2/9/2022 | Magrisso, Joseph | ASSOCIATE | $ 675 | 1.10 | 742.50 | Exchange emails with K. Gao re: deadline to object to Plaintiff's deposition notices (0.4); research same (0.7). |
| 2/11/2022 | Magrisso, Joseph | ASSOCIATE | $ 675 | 0.60 | 405.00 | Prepare responses to Plaintiff's interrogatories (0.4); exchange messages and email with K. Gao re: responses to Plaintiff's discovery requests, and re: Court's order on joint discovery letter brief (0.1); review and analyze Court's order on joint discovery letter brief (0.1). |
| 2/12/2022 | Magrisso, Joseph | ASSOCIATE | $ 675 | 1.80 | 1,215.00 | Prepare responses to Plaintiff's interrogatories (0.9); prepare responses to Plaintiff's requests for production (0.9). |
| 2/13/2022 | Magrisso, Joseph | ASSOCIATE | $ 675 | 1.40 | 945.00 | Prepare responses to Plaintiff's interrogatories (0.7); prepare responses to Plaintiff's requests for production (0.7). |
| 2/14/2022 | Magrisso, Joseph | ASSOCIATE | $ 675 | 0.20 | 135.00 | Prepare responses to Plaintiff's requests for production. |
| 3/8/2022 | Magrisso, Joseph | ASSOCIATE | $ 675 | 0.10 | 67.50 | Exchange emails with K. Gao re: supplemental summary judgment brief. |
| 3/17/2022 | Magrisso, Joseph | ASSOCIATE | $ 675 | 3.70 | 2,497.50 | Prepare supplemental summary judgment brief (2.8); review and analyze transcript of hearing on motion to dismiss, pleadings, and briefs to prepare supplemental summary judgment brief (0.8); prepare email to K. Gao re: supplemental summary judgment brief (0.1). |
| 4/4/2022 | Magrisso, Joseph | ASSOCIATE | $ 675 | 0.30 | 202.50 | Review and analyze summary judgment order to evaluate whether Caliber may seek attorneys' fees. |
| 4/6/2022 | Magrisso, Joseph | ASSOCIATE | $ 675 | 0.10 | 67.50 | Exchange emails with K. Gao re: researching options for seeking attorneys' fees and costs. |
| 4/8/2022 | Magrisso, Joseph | ASSOCIATE | $ 675 | 4.20 | 2,835.00 | Research Caliber's options for recovering attorneys' fees and costs, and deadlines and procedures for moving for fees and costs (2.8); prepare email to K. Gao analyzing same (1.4). |
| 4/11/2022 | Magrisso, Joseph | ASSOCIATE | $ 675 | 0.10 | 67.50 | Review email from K. Gao re: Caliber's options for recovering attorneys' fees and costs. |
| 4/12/2022 | Magrisso, Joseph | ASSOCIATE | $ 675 | 7.10 | 4,792.50 | Research Caliber's options for recovering attorneys' fees and costs (1.2); exchange emails with K. Gao analyzing same (1.1); prepare bill of costs (0.5); prepare declaration in support of same (0.1); prepare email to K. Gao analyzing bill of costs (0.2); prepare notice of motion and motion for attorneys' fees (0.3); prepare proposed order granting motion for attorneys' fees (0.2); prepare memorandum of points and authorities in support of motion for attorneys' fees (3.5). |